Ignacia **CASTRO–DE MORALES**, Petitioner,

v.

Alberto R. **GONZALES**, Attorney General, Respondent.

No. 05–75133.

United States Court of Appeals, Ninth Circuit.

Submitted July 17, 2006.*

Filed July 21, 2006.

Dario Aguirre, Esq., Aguirre Law Group A.P.C., San Diego, CA, for Petitioner.

CAS–District Counsel, Office of the District Counsel, Department of Homeland Security, San Diego, CA, Ronald E. Le-Fevre, Chief Counsel, Office of the District Counsel, Department of Homeland Security, San Francisco, CA, OIL, DOJ—U.S. Department of Justice Civil Div./Office of Immigration Lit., Washington, DC, for Respondent.

Before: B. FLETCHER, HAWKINS and THOMAS, Circuit Judges.

MEMORANDUM **

This is a petition for review of the Board of Immigration Appeals' August 10, 2005 order affirming the immigration judge's finding that petitioner is removable as an alien smuggler under 8 U.S.C. § 1182(a)(6)(E)(i). Respondent's motion to

---

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

remand this petition for review to the Board of Immigration Appeals (Board) to permit the Board to reconsider its decision in light of our holding in *Hernandez–Guadarrama v. Ashcroft,* 394 F.3d 674 (9th Cir.2005) is granted. On remand, the parties shall be permitted to submit supplemental briefs addressing our holding in *Hernandez–Guadarrama* to the Board.

Petitioner's removal is stayed pending the Board's decision on remand.

**PETITION FOR REVIEW GRANTED and REMANDED for further proceedings.**

---

\* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

\*\* This disposition is not appropriate for publication and may not be cited to or by the